NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**3G LICENSING, S.A.,**
*Appellant*

**v.**

**HONEYWELL INTERNATIONAL INC., SIERRA WIRELESS, INC., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC., TELIT CINTERION DEUTSCHLAND GMBH,  f/d/b/a Thales DIS AIS Deutschland GmbH,**

*Appellees*
_____

2023-1136
_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00639.
_____

**ON MOTION**
_____

**O R D E R**

2       3G LICENSING, S.A. v. HONEYWELL INTERNATIONAL INC.

Thales DIS AIS Deutschland GmbH moves to modify the caption to reflect the acquisition of the relevant business by Telit Cinterion Deutschland GmbH, and to withdraw Meredith Martin Addy, Robert P. Hart, and Gregory Gulliver and substitute Guy Yonay and Kyle Auteri as counsel for Telit Cinterion. The parties also file a joint stipulation for the appellant's voluntary dismissal of this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  Thales' motions are granted.  The official caption is reflected above.

(2)  This appeal is dismissed.

(3)  Each side shall bear its own costs.

FOR THE COURT

April 20, 2023                      /s/ Peter R. Marksteiner
      Date                          Peter R. Marksteiner
                                    Clerk of Court

ISSUED AS A MANDATE: April 20, 2023